**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of DELAWARE
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | ONE TABLE RESTAURANT BRANDS, LLC, a Delaware limited liability company |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 8 7 – 1 5 8 9 8 5 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1201 W. 5th Street, Suite T-400 | |
| Number   Street | Number   Street |
| | P.O. Box |
| Los Angeles, CA 90017 | |
| City                State      ZIP Code | City             State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | |
| County | Number   Street |
| | City             State      ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor　　ONE TABLE RESTAURANT BRANDS, LLC, a D　　　　　　Case number *(if known)*_____
　　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_7_　_2_　_2_　_5_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　　☐　Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐　The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐　A plan is being filed with this petition.

　　☐　Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐　The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐　The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.　Debtor　SEE ATTACHED_____　Relationship _____

　　　　　District _____　When _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

| Debtor | ONE TABLE RESTAURANT BRANDS, LLC, a D | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  __ONE TABLE RESTAURANT BRANDS, LLC, a D__          Case number *(if known)*_____
       Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐  I have been authorized to file this petition on behalf of the debtor.

☐  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __07/17/2024__
         MM  / DD / YYYY

✖ __/s/ Harald Herrmann__                              __Harald Herrmann__
Signature of authorized representative of debtor          Printed name

Title __Authorized Signatory__

**18. Signature of attorney**

✖ __/s/ Thomas J. Francella, Jr.__          Date   __07/17/2024__
Signature of attorney for debtor                MM   / DD / YYYY

__Thomas J. Francella, Jr.__
Printed name

__Raines Feldman Littrell LLP__
Firm name

__1200 North Broom Street__
Number          Street

__Wilmington, DE 19806-4204__
City                                        State          ZIP Code

__(302) 772-5805__                          __tfrancella@raineslaw.com__
Contact phone                                Email address

__3835__                                      __DE__
Bar number                                    State

**Attachment to Petition**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors are moving for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Debtor One Table Restaurant Brands, LLC, a Delaware limited liability company.

1.  One Table Restaurant Brands, LLC, a Delaware limited liability company

2.  One Table Restaurant Operations, LLC, a Delaware limited liability company

3.  Tender Greens OpCo, LLC, a Delaware limited liability company

4.  Tocaya Holdings LLC, a Nevada limited liability company

5.  Tocaya Organica, LLC, a California limited liability company

6.  Tocaya Management, LLC, a Nevada limited liability company

7.  BLT Steak LA LLC, a California limited liability company

8.  Tocaya Venice LLC, a California limited liability company

9.  Tocaya South Bay LLC, a California limited liability company

10.  Tocaya Toluca LLC, a California limited liability company

11.  Tocaya Santa Monica LLC, a California limited liability company

**Fill in this information to identify the case:**

Debtor name  **ONE TABLE RESTAURANT BRANDS, LLC, et al.,**

United States Bankruptcy Court for the: _____ District of **Delaware**
                                                                     (State)

Case number (If known):  _____

❑ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **ChixEgg, LLC** 4036 NW Eclipse Place Blue Spring, MO 64015 | Attn: Angela Correll angela@sbv.com | Settlement | | | | **$5,100,000.00** |
| 2 | **KR ONE PASEO RETAIL LLC** 12200 W Olympic Blvd Ste 200 Los Angeles, CA 90064 | revenueaccounting@kilroyrealty.com | Settlements in aggregate amount of $1.4mm and outstanding rent | | | | **$1,469,588.37** |
| 3 | **SENTRY INSURANCE** PO Box 8045 Stevens Point, WI 54481-8045 | Attn: Natl Accts C3/42 P: 877-373-6879 F: 800-999-4642 kim.czech@sentry.com | Trade debt | | | | **$1,359,177.60** |
| 4 | **Mitchell et. al. v. The Madera Group et. al Judgment Creditors** 50 CORPORATE PARK IRVINE, CA 92606 | mgolper@brgslaw.com | Judgment | | | | **$1,200,000.00** |
| 5 | **UTC VENTURE, LLC** PO BOX 55976 LOS ANGELES, CA 90074-5976 | USARRemittances@urw.com; jim.lee@urw.com | Remaining settlement obligations in amount of $700,000 and outstanding rent | | | | **$736,107.15** |
| 6 | **WEST COAST PRIME MEATS, LLC** 344 Cliffwood Park St Brea, CA 92821 | P: 714-255-8560; 800-640-7310 receivables@westcoastprimemeats.com | Trade Debt | | | | **$661,879.34** |
| 7 | **COPLEY PLACE** PO Box 644079 Pittsburgh, PA 15264-4079 | Simon-7611@simon.com | Settlement | | | | **$475,000.25** |
| 8 | **SYSCO LOS ANGELES INC** 20701 E Currier Rd Walnut, CA 91789 | P: 909-595-9595 remit@sbs.sysco.com; Vicky.Nguyen@sysco.com | Trade debt | | | | **$472,842.92** |

Debtor Name **ONE TABLE RESTAURANT BRANDS, LLC, et al.,**        Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **VESTA FOODSERVICE**<br>13527 Orden Dr<br>Santa Fe Springs, CA 90670 | P: 562-741-2200<br>accounts.receivable@laspecialty.com | Trade debt | | | | **$434,687.04** |
| 10 | **INDIVIDUAL FOODSERVICE**<br>5496 Lindbergh Lane<br>Bell, CA 90201 | P: 323-981-2800<br>remittance@indfood.com/gramirez@indfood.com | Trade debt | | | | **$272,880.59** |
| 11 | **SUPERIOR SEAFOOD COMPANY**<br>1621 W. 25Th St Ste 228<br>San Pedro, CA 90732 | P: 310-547-3366<br>briana@superiorseafoodco.com | Trade debt | | | | **$253,360.81** |
| 12 | **PRO-KLEENER JANITORIAL SERVICES, INC.**<br>PO Box 452<br>Gardena, CA 90248 | P: 310-327-7014<br>cristina@prokleenerservices.com | Trade debt | | | | **$239,849.00** |
| 13 | **GREENBERG TRAURIG LLP**<br>8400 Nw 36Th Street Suite 400<br>Doral, FL 33166 | P: 813-318-5700; 702-792-3773<br>F: 305-579-0717<br>cardonat@gtlaw.com | Professional Services | | | | **$157,831.28** |
| 14 | **GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Ave<br>Los Angeles,  CA 90071 | P:213-229-7520<br>F: 213-229-7520<br>CBilling@gibsondunn.com | InsuranceProfessional Services | | | | **$115,628.76** |
| 15 | **OLO**<br>26 BROADWAY 24TH FL<br>NEW YORK, NY 10004 | billing@olo.com | Trade debt | | | | **$98,192.69** |
| 16 | **CENTURY CITY MALL, LLC**<br>2049 Century Park East 41St Floor<br>Los Angeles, CA 90067 | usarremittances@urwconnect.com | Rent | | | | **$95,391.54** |
| 17 | **SUNSET VINE TOWER, INC.**<br>1480 Vine Street<br>Los Angeles, CA 90028 | | Rent | | | | **$86,827.60** |
| 18 | **STANFORD SHOPPING CENTER**<br>File No. 57331<br>Los Angeles, CA 90074-7331 | P: 317-263-7107 | Rent | | | | **$79,533.61** |
| 19 | **CP IV 8 OLIVE LLC**<br>801 S Olive Street Ste B<br>Los Angeles, CA 90014 | | Rent | | | | **$77,726.95** |
| 20 | **523 WEST 6TH STREET PROPERTY OWNER LLC**<br>PO Box 2185<br>Hicksville, NY 11802 | :<br>judy.raboin@callahan-management.com | Rent | | | | **$75,646.20** |

Debtor Name **ONE TABLE RESTAURANT BRANDS, LLC, et al.,**    Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 21 | **MVV OWNER LLC** 11777 San Vicente Blvd Suite 900 Los Angeles, CA 90049 | missionvalleyinfo@centennislrec.com | Rent | | | | **$65,407.04** |
| 22 | **1711-1715 PACIFIC LP** 333 Washington Blvd #346 Marina Del Rey, CA 90292 | msjproperties0@gmail.com | Rent | | | | **$64,467.16** |
| 23 | **901 HANCOCK, L.P.** 4700 Wilshire Blvd 9Th Floor Los Angeles, CA 90010 | jon@crescent-canyon.com | Rent | | | | **$59,420.28** |
| 24 | **SUPERIOR SERVICE CORP** 1006 E. South St Anaheim, CA 92805 | ar@superiorservice.net | Trade debt | | | | **$57,694.34** |
| 25 | **LARDER BAKING COMPANY L.P.** 8990 National Blvd Los Angeles, CA 90034 | ap@larderbakingco.com | Trade debt | | | | **$56,666.26** |
| 26 | **BELLWETHER FOOD GROUP INC** 6146 Averill Way Dallas, TX 75225 | | Trade debt | | | | **$56,159.09** |
| 27 | **50 FREMONT TOWER, LLC** File 70222 Los Angeles, CA 90074-0222 | :jameson@bellwetherfoodgroup.com jay.bortoli@hines.com | Rent | | | | **$55,688.42** |
| 28 | **ALON WESTWOOD LLC** 11454 San Vicente Blvd Los Angeles, CA 90049 | doron@aloninvestment.com | Rent | | | | **$55,173.84** |
| 29 | **SYSCO SAN FRANCISCO, INC** 5900 STEWART AVE FREMONT, CA 94538 | remit@sbs.sysco.com | Trade debt | | | | **$55,074.33** |
| 30 | **LA STUDIOS OPERATING COMPANY LLC** 1201 W FIFTH STREET, T-110 LOS ANGELES, CA 90017 | YLombari@lacenterstudios.com | Rent | | | | **$53,063.45** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. _____<br><br><u>(Joint Administration Requested)</u> |

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each a "<u>Debtor</u>"), hereby state as follows:

1.    Debtor One Table Restaurant Brands, LLC ("<u>OTRB</u>") is owned by the following non-debtor entities:

| <u>Entity</u> | <u>Ownership Interest</u> |
|---|---|
| T.Y.P. Restaurant Group, Inc.<br>1201 W. 5th St., Ste. T-400<br>Los Angeles, CA 90017 | 47.5% |
| New Tocaya Holdings, LLC<br>1201 W. 5th St., Ste. T-400<br>Los Angeles, CA 90017 | 47.5% |

---

[1]    The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management, LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay LLC, a California limited liability company (0401); (10) Tocaya Toluca LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134). The Debtors' mailing address is: 1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

| Entity | Ownership Interest |
|---|---|
| Big Table Brands Management, LLC<br>1201 W. 5th St., Ste. T-400<br>Los Angeles, CA 90017 | 5% |

2.      OTRB owns 100% of Debtor One Table Restaurant Operations, LLC ("OTRO").

3.      OTRO owns 100% of Debtors: (i) Tender Greens OpCo, LLC and (ii) Tocaya Holdings LLC ("Tocaya Holdings").

4.      Tocaya Holdings owns 100% of Debtors: (i) Tocaya Venice, LLC and (ii) Tocaya Organica, LLC ("Tocaya Organica").

5.      Tocaya Organica owns 100% of Debtors: (i) Tocaya Management, LLC, (ii) Tocaya South Bay, LLC, and (iii) Tocaya Toluca, LLC.

6.      Debtor BLT Steak LA LLC is 80% owned by non-debtor Tocaya Sunset, LLC and 20% owned by non-debtor individual investors.[2]

7.      Debtor Tocaya Santa Monica, LLC is 67% owned by Tocaya Organica and 33% owned by non-debtor individual investors.

I, Harald Herrmann, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

Dated:  July_17, 2024.

By:  _/s/ Harald Hermann_____
       Harald Herrmann
       One Table Restaurant Brands, CEO

---

[2] The address of Tocaya Sunset, LLC is 1201 W. 5th Street, Ste T-400, Los Angeles, CA 90017.