**Declaration of Richard Klein**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. _____<br><br>(Joint Administration Requested) |

**DECLARATION OF RICHARD KLEIN IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTIONS 105, 362, 363, 364, 503 AND 507 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001, AND LOCAL RULE 4001-2, FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING AND USE CASH COLLATERAL; (II) GRANTING PRIMING AND OTHER LIENS AND SUPER-PRIORITY CLAIMS AND ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; AND <u>AND (IV) GRANTING RELATED RELIEF</u>**

I, Richard Klein, declare as follows:

1. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath. I am submitting this declaration in support of the Motion of the above captioned debtors and debtors in possession (collectively the "<u>Debtors</u>") Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers are (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay, LLC, a California limited liability company (0401); (10) Tocaya Toluca, LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134). The Debtors' mailing address is: 1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

Priming and Other Liens and Super-Priority Claims and Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief (the "DIP Motion").[2]

2. I am a Senior Managing Director of Hilco Corporate Finance ("Hilco"), located in New York, New York.

3. I have over twenty-seven years of investment banking experience. I have advised debtors, boards of directors, official and ad hoc creditors' committees, private equity sponsors, and various creditor constituencies on a wide array of restructurings, including Chapter 11 plans of reorganization, out-of-court restructurings, section 363 asset sales, rescue financings, and exchange offerings. I have experience across many industries, including but not limited to restaurants, aerospace and defense, consumer and retail, gaming, health care, industrial, and technology.

4. I am one of the individuals at Hilco with primary responsibility for Hilco's engagement with the Debtors. References to actions taken by "Hilco" within this Declaration include actions I took in conjunction with other members of Hilco that I manage and supervise in connection with the investment banking services rendered to the Debtors.

5. Hilco was engaged by Debtors on June 25, 2024, although Hilco was not asked to investigate potential alternative DIP lenders until on or around July 8, 2024.

6. In the first two weeks of July 2024, Hilco reached out to at least five (5) potential lenders, with experience lending to or investing in restaurant companies, and who Hilco thought might be interested in providing debtor-in-possession financing to the Debtors. All of the potential lenders that Hilco contacted passed on the opportunity. One party, while potentially interested,

---

[2] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

required terms unacceptable to the existing pre-petition lenders, including but not limited to, requiring a priming lien.

7. I understand that the Debtors have secured an approximate $3.3 million postpetition senior secured super-priority debtor-in-possession credit facility (the "DIP Facility") from Breakwater, which will be made available following approval by the Court.

8. Despite the efforts of the Debtors and Hilco, the Debtors have been unable to (i) procure sufficient financing (a) in the form of unsecured credit allowable under section 503(b)(1) of the Bankruptcy Code, (b) as an administrative expense under section 364(a) or (b) of the Bankruptcy Code; or (ii) obtain post-petition financing or other financial accommodations from any alternative prospective lender or group of lenders on more favorable terms and conditions than those for which approval is sought.

9. I believe that the DIP Facility represents the best possible terms for debtor-in-possession financing under the circumstances, following arm's length negotiations and a thorough marketing process. I further believe the terms provided under the DIP Facility are generally in line with current marketplace standards. Attached hereto as **Exhibit 1** is a market comparable analysis prepared by Hilco on or about July 1, 2024 (the "Market Study"). The Market Study compares the major terms of DIP financing obtained by debtors who filed in Delaware between January 1, 2022 and June 28, 2024 and that were approved by the Bankruptcy Court. The new money portion of the DIP Facility is smaller than all of the cases included in the Market Study. Still, the terms of the DIP Facility are generally in line with what is currently being offered in the market and approved by the Bankruptcy Court in Delaware.

10. Debtors require the financing provided under the DIP Facility for the operation of their businesses, to preserve their going concern value, to pay landlords, vendors, suppliers and

customers, to satisfy payroll obligations, to pay for certain costs and expenses related to the Cases and to satisfy the Debtors' other working capital needs. Access to sufficient working capital and liquidity made available through the DIP Facility is vital to the preservation and maintenance of the Debtors' going concern value pending an intended sale of the Debtors as a going concern.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  July 17, 2024                              /s/ Richard Klein
New York, NY                                     Richard Klein

**Exhibit 1**
**Declaration of Richard Klein**

**Project Dahlia - DIP Market Comparable Analysis** <span style="color:red">DRAFT</span>

($ in millions)

| Case / Company Name[1] | Petition Date | Total Amount | New Money | Roll-up[2] | Roll-up Ratio[3] | Maturity (months) | Fees[4] | | | Total Economics | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Commit. | Exit | Other | Interest Basis | Effective Rate[5] | Fees | Rate + Fees | |
| Rubio's Restaurants Inc | 06/05/24 | $12.0 | $4.0 | $8.0 | 2.00x | 3.00 | 0.0% | 0.0% | 0.0% | 13% Fixed | 13.0% | 0.0% | 13.0% | |
| Supply Source Enterprises Inc | 05/21/24 | $60.0 | $20.0 | $40.0 | 2.00x | 6.00 | 0.0% | 10.0% | 0.0% | 5% Fixed | 5.0% | 10.0% | 15.0% | |
| ProSomnus Inc | 05/07/24 | $13.0 | $7.0 | $6.0 | 0.86x | 6.00 | 0.0% | 10.0% | 0.0% | Prime+9% | 17.5% | 10.0% | 27.5% | |
| Ambri Inc | 05/05/24 | $31.0 | $9.5 | $21.5 | 2.26x | 3.00 | 1.0% | 0.0% | 0.0% | 15% Fixed | 15.0% | 1.0% | 16.0% | |
| 99 Cents Only Stores | 04/07/24 | $60.8 | $35.5 | $25.3 | 0.71x | 4.50 | 2.0% | 2.0% | 0.0% | SOFR+7.5% | 12.8% | 4.0% | 16.8% | |
| Airspan Networks Holdings Inc | 03/31/24 | $53.9 | $16.6 | $37.3 | 2.25x | 6.00 | 3.0% | 3.0% | 0.0% | SOFR+11% | 16.3% | 6.0% | 22.3% | |
| Sientra Inc | 02/12/24 | $90.0 | $22.5 | $67.5 | 3.00x | 5.00 | 0.0% | 0.0% | 4.0% | SOFR+7% | 12.3% | 4.0% | 16.3% | |
| Burgess Biopower | 02/09/24 | $54.0 | $18.0 | $36.0 | 2.00x | 6.00 | 0.0% | 0.0% | 0.0% | 12% Fixed | 12.0% | 0.0% | 12.0% | |
| Restoration Forest Products Group LLC | 01/29/24 | $93.3 | $29.0 | $64.3 | 2.21x | 4.00 | 0.0% | 3.0% | 0.0% | 11% Fixed | 11.0% | 3.0% | 14.0% | |
| Timber Pharmaceuticals Inc | 11/17/23 | $13.9 | $7.4 | $6.5 | 0.88x | 2.00 | 0.0% | 0.0% | 2.0% | 12% Fixed | 12.0% | 2.0% | 14.0% | |
| IronNet Inc. | 10/12/23 | $10.0 | $0.0 | $10.0 | 0.00x | 6.00 | 0.0% | 0.0% | 0.0% | 16% Fixed | 16.0% | 0.0% | 16.0% | |
| AmeriFirst Financial Inc. | 08/24/23 | $5.0 | $5.0 | $0.0 | 0.00x | 3.00 | 0.0% | 0.0% | 0.5% | SOFR+2% | 7.3% | 0.5% | 7.8% | |
| Western Global Airlines, Inc. | 08/07/23 | $75.0 | $49.3 | $25.7 | 0.52x | 4.00 | 3.0% | 2.0% | 0.0% | SOFR+9% | 14.3% | 5.0% | 19.3% | |
| EPI Health (Novan Health) | 07/17/23 | $15.0 | $12.0 | $3.0 | 0.25x | 2.50 | 2.0% | 2.0% | 0.0% | 12% Fixed | 12.0% | 4.0% | 16.0% | |
| ViewRay Inc | 07/16/23 | $18.0 | $6.0 | $12.0 | 2.00x | 2.00 | 3.0% | 4.0% | 0.0% | 15% Fixed | 15.0% | 7.0% | 22.0% | |
| PGX Holdings Inc. | 06/04/23 | $62.7 | $19.9 | $42.8 | 2.15x | 3.50 | 1.5% | 0.0% | 2.0% | 8.5% Fixed | 8.5% | 3.5% | 12.0% | |
| DeCurtis Holdings | 04/30/23 | $27.3 | $6.5 | $20.8 | 3.19x | 3.00 | 0.0% | 0.0% | 10.0% | 12% Fixed | 12.0% | 10.0% | 22.0% | |
| Starry Group Holdings Inc. | 02/20/23 | $58.0 | $43.0 | $15.0 | 0.35x | 6.00 | 0.0% | 8.0% | 0.0% | 13% Fixed | 13.0% | 8.0% | 21.0% | |
| Clovis Oncology Inc. | 12/11/22 | $75.0 | $45.0 | $30.0 | 0.67x | 6.00 | 1.5% | 0.0% | 8.0% | 8% Fixed | 8.0% | 9.5% | 17.5% | |
| Vesta Holdings LLC | 10/30/22 | $37.9 | $12.6 | $25.2 | 2.00x | 4.25 | 5.0% | 0.0% | 0.0% | SOFR+10% | 15.3% | 5.0% | 20.3% | |
| PhaseBio Pharmaceuticals Inc. | 10/23/22 | $15.0 | $5.9 | $9.1 | 1.54x | 8.00 | 2.0% | 5.0% | 0.0% | 14% Fixed | 14.0% | 7.0% | 21.0% | |
| GT Real Estate Holdings LLC | 06/01/22 | $20.0 | $16.8 | $3.2 | 0.19x | 7.00 | 0.0% | 0.0% | 0.0% | 8% Fixed | 8.0% | 0.0% | 8.0% | (A) |
| Armstrong Flooring, Inc. | 05/08/22 | $37.3 | $13.3 | $24.0 | 1.80x | 2.00 | 0.0% | 0.0% | 0.0% | SOFR+11% | 16.3% | 0.0% | 16.3% | |
| | | | | High | 3.19x | 8.00 | 5.0% | 10.0% | 10.0% | | 17.5% | 10.0% | 27.5% | |
| | | | | Mean | 1.43x | 4.47 | 1.0% | 2.1% | 1.2% | | 12.5% | 4.3% | 16.8% | |
| | | | | Median | 1.80x | 4.25 | 0.0% | 0.0% | 0.0% | | 12.8% | 4.0% | 16.3% | |
| | | | | Low | 0.00x | 2.00 | 0.0% | 0.0% | 0.0% | | 5.0% | 0.0% | 7.8% | |

(1) Criteria: Cases filed in Delaware between January 1, 2022 and June 28, 2024; DIP facilities under $100 of commitments; DIP facilities that have been approved by the court; excludes revolvers/ABLs.
(2) Reflects roll-up of prepetition secured debt by DIP lender(s).
(3) Amount of roll-up divided by amount of new money.
(4) Excludes admin and monitoring fees.
(5) Utilizes SOFR of 5.34%, as of June 28, 2024, and Prime of 8.50%.

(A) PIK Interest