**IN THE UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1] | Case No. 24-11553 (KBO) |
| Debtors. | (Joint Administration Requested) |

# NOTICE OF (I) FILING OF CHAPTER 11 PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING SCHEDULED FOR JULY 19, 2024 AT 10:00 A.M. (EASTERN TIME)

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**

**Please refer to Judge Owens' Chambers Procedures https://www.deb.uscourts.gov/content/judge-karen-b-owens and the Court's website (https://ecf.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens' expectations of remote participants, and the advance registration requirements.**

**Registration is required by 9:00 a.m. (Eastern time) on July 19, 2024 (one hour prior to the hearing) unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management, LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay LLC, a California limited liability company (0401); (10) Tocaya Toluca LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134). The Debtors' mailing address is: 1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

10237141.1

**PLEASE TAKE NOTICE** that, on July 17, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors have filed a motion requesting that their cases (the "Cases") be consolidated for procedural purposes only and administered jointly. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The automatic stay of section 362(a) of the Bankruptcy Code is in effect.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "First Day Motions") is scheduled for Friday, July 19, 2024 at 10:00 a.m. (Eastern Time) (the "First Day Hearing") before The Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware. The First Day Hearing will be conducted entirely by Zoom.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

1. **VOLUNTARY PETITIONS**:

    a. Voluntary Petition of One Table Restaurant Brands, LLC (Case No. 24-11553).
    b. Voluntary Petition of One Table Restaurant Operations, LLC (Case No. 24-24-11554).
    c. Voluntary Petition of Tender Greens OpCo, LLC (Case No. 24-11555).
    d. Voluntary Petition of Tocaya Holdings LLC (Case No. 24-11556).
    e. Voluntary Petition of Tocaya Organica, LLC (Case No. 24- 11557).
    f. Voluntary Petition of Tocaya Management, LLC (Case No. 2411558).
    g. Voluntary Petition of BLT Steak LA LLC (Case No. 24-11559).
    h. Voluntary Petition of Tocaya Venice LLC (Case No. 24-11560).
    i. Voluntary Petition of Tocaya South Bay LLC (Case No. 24-11561).
    j. Voluntary Petition of Tocaya Toluca LLC (Case No. 24-11562).
    k. Voluntary Petition of Tocaya Santa Monica LLC (Case No. 24-11563).

**DECLARATION IN SUPPORT:**

2. Declaration of Harald Herrmann in Support of First Day Pleadings [Docket No 13; filed July 17, 2024].

**FIRST DAY PLEADINGS**:

3. Debtors' Motion for Entry of Order Directing Joint Administration of Chapter 11 Cases and Granting Related Relief [Docket No. 3; filed July 17, 2024].

   Status: This matter is going forward.

4. Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent [Docket No. 4; filed July 18, 2024].

   Status: This matter is going forward.

5. Debtors' Motion for Entry of Order (I) Authorizing the Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 30 Creditors List; (II) Authorizing Redaction of Certain Personal Identification Information; and (III) Granting Related Relief [Docket No. 5; filed July 18, 2024].

   Status: This matter is going forward.

6. Debtors' Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [Docket No. 6 ; filed July 18, 2024].

   Status: This matter is going forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payments of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 7; filed July 18, 2024].

   Status: This matter is going forward.

8. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Insurance Policies and (B) Pay and Honor all Obligations With Respect

10237141.1

Thereto; (II) Authorizing Continuation of Insurance Premium Financing Arrangements; and (III) Granting Related Relief [Docket No. 8; filed July 18, 2024].

Status: This matter is going forward.

9. Debtors' Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for Interim and Final Orders: (I) Authorizing Payment of Prepetition Sales, Use, and Other Similar Taxes and Fees; and (II) Authorizing Banks and other Financial Institutions to Receive, Process, Honor and Pay Checks Issued and Electronic Payments Requests Made Related to Such Taxes and Fees [Docket No. 9; filed July 18, 2024].

    Status: This matter is going forward.

10. Debtors' Motion for Interim and Final Orders Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued use of Existing Cash Management System, (III) Continued use of Card Processing Systems, and (IV) Continued use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Docket No. 10; filed July 18, 2024].

    Status: This matter is going forward.

11. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Amounts to Certain Critical Vendors [Docket No. 11; filed July 18, 2024].

    Status: This matter is going forward.

12. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business and Granting Related Relief [Docket No. 12; filed July 18, 2024].

    Status: This matter is going forward.

13. Motion of Debtors Pursuant to Sections 105, 362, 363, 364, 503 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Priming and Other Liens and Super-Priority Claims and Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief (the "DIP Motion") [Docket No. 14 ; filed July 17, 2024].

    Status:  This matter is going forward.

Dated: July 18, 2024
Wilmington, Delaware

**RAINES FELDMAN LITTRELL LLP**

/s/ *Thomas J. Francella, Jr.*
Thomas J. Francella Jr. (DE Bar No. 3835)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 772-5805
Facsimile: (302) 752-4596
Email: tfrancella@raineslaw.com

-and-

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

Alan J. Friedman (*pro hac vice* pending)
Melissa Davis Lowe (*pro hac vice* pending)
Max Casal (*pro hac vice* pending)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail:
afriedman@shulmanbastian.com
mlowe@shulmanbastian.com
mcasal@shulmanbastian.com

*Proposed Counsel to the Debtors and Debtors in Possession*

10237141.1