**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 24-11553 (KBO)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters their appearance as counsel for Breakwater Management LP ("Breakwater") and requests that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Michael I. Gottfried, Esq.<br>Roye Zur, Esq.<br>Lauren N. Gans, Esq.<br>Elkins Kalt Weintraub Reuben Gartside LLP<br>10345 W. Olympic Boulevard<br>Los Angeles, California 90064<br>Telephone: (310) 746-4400<br>Facsimile: (310) 746-4499<br>Email: mgottfried@elkinskalt.com<br>        rzur@elkinskalt.com<br>        lgans@elkinskalt.com | Richard W. Riley, Esq.<br>Whiteford, Taylor & Preston LLC<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4144<br>Facsimile:  (302) 661-7950<br>Email: rriley@whitefordlaw.com<br><br>Paul M. Nussbaum, Esq.<br>Whiteford, Taylor & Preston LLP<br>7 Saint Paul Street, 15th Floor<br>Baltimore, Maryland 21202-1636<br>Telephone: (410) 347-9421<br>Facsimile: (410) 223-4394<br>Email: pnussbaum@whitefordlaw.com |

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers are (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay, LLC, a California limited liability company (0401); (10) Tocaya Toluca, LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134). The Debtors' mailing address is: 1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

David W. Gaffey, Esq.  
Whiteford, Taylor & Preston LLP  
3190 Fairview Park Drive, Suite 800  
Falls Church, Virginia 22042-4510  
Telephone: (410) 347-9421  
Facsimile: (202) 327-6158  
Email: dgaffery@whitefordlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of Breakwater including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any cases, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution, heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Breakwater is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Breakwater expressly state otherwise, Breakwater do not consent to the entry of final orders or judgments by this Court if it is determined

that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with

Article III of the United States Constitution.

Dated: July 18, 2024
Wilmington, Delaware

| | |
|---|---|
| Michael I. Gottfried, Esq.<br>Roye Zur, Esq.<br>Lauren N. Gans, Esq.<br>**Elkins Kalt Weintraub Reuben Gartside, LLP**<br>10345 W. Olympic Boulevard<br>Los Angeles, California 90064<br>Telephone: (310) 746-4400<br>Email: mgottfried@elkinskalt.com<br>         rzur@elkinskalt.com<br>         lgans@elkinskalt.com | */s/ Richard W. Riley*<br>Richard W. Riley (DE No. 4052)<br>**Whiteford, Taylor & Preston LLC**[2]<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4144<br>Email: rriley@whitefordlaw.com<br><br>- and -<br><br>Paul M. Nussbaum, Esq.<br>**Whiteford, Taylor & Preston LLP**<br>7 Saint Paul Street, 15th Floor<br>Baltimore, Maryland 21202-1636<br>Telephone: (410) 347-9421<br>Email: pnussbaum@whitefordlaw.com<br><br>- and -<br><br>David W. Gaffey, Esq.<br>**Whiteford, Taylor & Preston LLP**<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042-4510<br>Telephone: (410) 347-9421<br>Email: dgaffey@whitefordlaw.com<br><br>*Attorneys for Breakwater Management LP* |

---

[2] Whiteford operates as Whiteford, Taylor & Preston LLC in Delaware.