**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1] | Case No. 24-11553 (KBO) |
| | (Joint Administration Requested) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 12, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Enry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statement of Financial Affairs and (II) Granting Related Relief** (Docket No. 98)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 14, 2024

*Monica Balos*
Monica Balos

| | |
|---|---|
| State of Colorado | ) |
| | ) SS. |
| County of Denver | ) |

Subscribed and sworn before me this 14th day of June 2024 by Monica Balos.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management, LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay LLC, a California limited liability company (0401); (10) Tocaya Toluca LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134). The Debtors' mailing address is: 1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

# <u>Exhibit A</u>

Document Ref: EJ52S-DJ5UL-BFNST-G3HSD



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1101 Glendon Avenue, LLC | c/o Hanson Bridgett LLP | Attn: Jordan A. Lavinsky | 425 Market Street, 26th Floor | San Francisc | CA | 94105 |
| 1711-1715 Pacific LP | | 333 Washington Blvd #346 | | Marina Del Rey | CA | 90292 |
| 50 Fremont Tower, LLC | | File 70222 | | Los Angeles | CA | 90074-0222 |
| 523 West 6th Street Property Owner LLC | | PO Box 2185 | | Hicksville | NY | 11802 |
| 901 Hancock, L.P. | | 4700 Wilshire Blvd 9Th Floor | | Los Angeles | CA | 90010 |
| Alon Westwood LLC | | 11454 San Vicente Blvd | | Los Angeles | CA | 90049 |
| Amur Equipment Finance, Inc | | 308 N Locust St | | Grand Island | NE | 68801 |
| Banc of California | National Association | 18500 Von Karman Avenue Ste 1100 | | Irvine | CA | 92612 |
| Bank of America, N.A | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss, Alexis R. Gambale | 824 North Market Street, Suite 800 | Wilmington | DE | 19801 |
| Bank of America, N.A. | c/o Alston & Bird LLP | Attn: Jacob Johnson | 1201 West Peachtree Street Suite 4900 | Atlanta | GA | 30309 |
| Bank of America, N.A. | c/o Alston & Bird LLP | Attn: Stephen M. Blank | 90 Park Avenue | New York | NY | 10016 |
| Beach Business Bank - Long Beach | | 180 E Ocean Blvd Ste 100 | | Long Beach | CA | 90802 |
| Bellwether Food Group Inc | | 6146 Averill Way | | Dallas | TX | 75225 |
| Blue Ridge Financial, LLC | | 11911 Freedom Rd | One Fountain Square, Ste 570 | Reston | VA | 20190 |
| Breakwater Management LP | c/o Breakwater Management | Attn: Eric Beckman | 2121 Avenue of the Stars, Suite 800 | Los Angeles | CA | 90067 |
| Breakwater Management LP | C/O Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Joel J. Berman, Lauren N. Gans, Roye Zur | 10345 W. Olympic Boulevard | Los Angeles | CA | 90064 |
| Breakwater Management LP | c/o Whiteford, Taylor & Preston LLP | Attn: Paul M. Nussbaum | 7 Saint Paul Street, 15th Floor | Baltimore | MD | 21202-1636 |
| Breakwater Management LP | c/o Whiteford, Taylor & Preston LLP | Attn: Richard W. Riley | 600 North King Street, Suite 300 | Wilmington | DE | 19801 |
| Breakwater Management LP As Collateral Agent | | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 |
| Century City Mall, LLC | | 2049 Century Park East 41St Floor | | Los Angeles | CA | 90067 |
| ChixEgg, LLC | Attn: Angela Correll | 4036 NW Eclipse Place | | Blue Spring | MO | 64015 |
| ChixEgg, LLC | c/o Venable LLP | Attn: Daniel A. O'Brien | 1201 N. Market St. Suite 1400 | Wilmington | DE | 19801 |
| ChixEgg, LLC | c/o Venable LLP | Attn: Eric D. Jacobs | 100 N. Tampa Street Suite 2600 | Tampa | FL | 33602 |
| ChixEgg, LLC | c/o Venable LLP | Attn: Paul J. Battista | 100 SE 2nd St. Suite 4400 | Miami | FL | 33131 |
| Cobra Capital | A Division of Providence Bank & Trust | 1051 E Roosevelt Rd | | Wheaton | IL | 60187 |
| Confidential Creditor 2509 | | Address Redacted | | | | |
| Copley Place | | PO Box 644079 | | Pittsburgh | PA | 15264-4079 |
| Counsel for Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: David M. Posner, Gianfranco Finizio, Chelsea R. Frankel | 1251 Avenue of the Americas | New York | NY | 10020 |
| Counsel for Official Committee of Unsecured Creditors | c/o Morris James LLP | Attn: Eric J. Monzo, Brya M. Keilson, Siena B. Cerra | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 |
| Cp IV 8 Olive LLC | | 801 S Olive Street Ste B | | Los Angeles | CA | 90014 |
| Crowdout Capital LLC | | 3001 S Lamar Blvd Ste A-300 | | Austin | TX | 78704 |
| CT Corporation System As Representative | Attn: Sprs | 330 N Brand Blvd Ste 700 | | Glendale | CA | 91203 |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 |
| Discovery Management Company, LLC | | 14605 N 732rd St | | Scottsdale | AZ | 85260 |
| Employment Development Department | | 722 Capitol Mall | | Sacramento | CA | 95814 |
| Employment Development Department | | PO Box 826880 | | Sacramento | CA | 94280-0001 |
| Gibson, Dunn & Crutcher LLP | | 333 South Grand Ave | | Los Angeles | CA | 90071 |
| Greenberg Traurig LLP | | 8400 Nw 36Th Street Suite 400 | | Doral | FL | 33166 |
| Hitachi Capital America Corp | | 7808 Creekridge Cir Ste 250 | | Edina | MN | 55439 |
| Individual Foodservice | | 5496 Lindbergh Lane | | Bell | CA | 90201 |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Kr One Paseo Retail LLC | | 12200 W Olympic Blvd Ste 200 | | Los Angeles | CA | 90064 |
| La Studios Operating Company LLC | | 1201 W Fifth Street | T-110 | Los Angeles | CA | 90017 |
| Larder Baking Company L.P. | | 8990 National Blvd | | Los Angeles | CA | 90034 |
| M2 Lease Funds LLC | | 175 N Patrick Blvd Ste 140 | | Brookfield | WI | 53045 |



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Marina Marketplace CA, LLC and The Macerich Company | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | 2029 Century Park East, Suite 1400 | Los Angeles | CA | 90067-2915 |
| Marina Marketplace CA, LLC and The Macerich Company | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801-3034 |
| Mitchell et. al. v. The Madera Group et. al Judgment Creditors | | 50 Corporate Park | | Irvine | CA | 92606 |
| Mvv Owner LLC | | 11777 San Vicente Blvd Suite 900 | | Los Angeles | CA | 90049 |
| Office Of The U.S. Trustee | | For The District Of Delaware | 844 N King St #2207 Lockbox 35 | Wilmington | DE | 19801 |
| Olo | | 26 Broadway 24th Fl | | New York | NY | 10004 |
| Olo, Inc. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | One Battery Park Plaza, 34th Fl. | New York | NY | 10004 |
| Pawnee Leasing Corporation | | 3801 Automation Way | | Fort Collins | CO | 80525 |
| Pro-Kleener Janitorial Services, Inc. | | PO Box 452 | | Gardena | CA | 90248 |
| SEC New York Regional Office | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 | Brookfield Place | New York | NY | 10281-1022 |
| Secretary of State | Attn: Div of Corp Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Sentry Insurance | Attn: Natl Accts C3/42 | PO Box 8045 | | Stevens Point | WI | 54481-8045 |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 |
| Stanford Shopping Center | | File No. 57331 | | Los Angeles | CA | 90074-7331 |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| State Of California | Office Of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Street Retail, LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801-3034 |
| Sunset VIne Tower, Inc. | | 1480 Vine Street | | Los Angeles | CA | 90028 |
| Superior Seafood Company | | 1621 W. 25Th St Ste 228 | | San Pedro | CA | 90732 |
| Superior Service Corp | | 1006 E. South St | | Anaheim | CA | 92805 |
| Sysco Los Angeles Inc | | 20701 E Currier Rd | | Walnut | CA | 91789 |
| Sysco San Francisco, Inc | | 5900 Stewart Ave | | Fremont | CA | 94538 |
| The Madera Group LLC, | c/o Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan | 1201 N. Market Street, Suite 501 | Wilmington | DE | 19801 |
| United States Attorney for the District of Delaware | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 |
| Utc Venture, LLC | | PO Box 55976 | | Los Angeles | CA | 90074-5976 |
| Vesta Foodservice | | 13527 Orden Dr | | Santa Fe Springs | CA | 90670 |
| West Coast Prime Meats, LLC | | 344 Cliffwood Park St | | Brea | CA | 92821 |

# <u>Exhibit B</u>



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1101 Glendon Avenue, LLC | c/o Hanson Bridgett LLP | Attn: Jordan A. Lavinsky | jlavinsky@hansonbridgett.com |
| 1711-1715 Pacific LP | | | msjproperties0@gmail.com |
| 325 San Fernando LLC | c/o The Law Offices Of Robert D. Bass | Attn: Rober D. Bass | bob.bass47@icloud.com |
| 50 Fremont Tower, LLC | | | jay.bortoli@hines.com |
| 523 West 6th Street Property Owner LLC | | | judy.raboin@callahan-management.com |
| 901 Hancock, L.P. | | | jon@crescent-canyon.com |
| Alon Westwood LLC | | | doron@aloninvestment.com |
| Banc of California | National Association | | clientservices@bancofcal.com |
| Bank of America, N.A | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss, Alexis R. Gambale | jweiss@pashmanstein.com agambale@pashmanstein.com |
| Bank of America, N.A. | c/o Alston & Bird LLP | Attn: Jacob Johnson | jacob.johnson@alston.com |
| Bank of America, N.A. | c/o Alston & Bird LLP | Attn: Stephen M. Blank | stephen.blank@alston.com |
| Blue Ridge Financial, LLC | | | info@bluebridgefinancial.com |
| Breakwater Management LP | c/o Breakwater Management | Attn: Eric Beckman | ebeckman@breakwatermgmt.com |
| Breakwater Management LP | C/O Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Joel J. Berman, Lauren N. Gans, Roye Zur | mgottfried@elkinskalt.com jberman@elkinskalt.com lgans@elkinskalt.com rzur@elkinskalt.com |
| Breakwater Management LP | c/o Whiteford, Taylor & Preston LLP | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Breakwater Management LP | c/o Whiteford, Taylor & Preston LLP | Attn: Paul M. Nussbaum | pnussbaum@whitefordlaw.com |
| Century CIty Mall, LLC | | | usarremittances@urwconnect.com |
| ChixEgg, LLC | Attn: Angela Correll | | angela@sbv.com |
| ChixEgg, LLC | c/o Venable LLP | Attn: Daniel A. O'Brien | daobrien@venable.com |
| ChixEgg, LLC | c/o Venable LLP | Attn: Paul J. Battista | pjbattista@venable.com |
| ChixEgg, LLC | c/o Venable LLP | Attn: Eric D. Jacobs | ejacobs@venable.com |
| Cobra Capital | A Division of Providence Bank & Trust | | info@cobracapital.com |
| Copley Place | | | simon-7611@simon.com |
| Crowdout Capital LLC | | | info@crowdoutcapital.com |
| Gibson, Dunn & Crutcher LLP | | | cbilling@gibsondunn.com |
| Greenberg Traurig LLP | | | cardonat@gtlaw.com |
| Individual Foodservice | | | remittance@indfood.com gramirez@indfood.com |
| Kr One Paseo Retail LLC | | | revenueaccounting@kilroyrealty.com |
| La Studios Operating Company LLC | | | ylombari@lacenterstudios.com |
| Larder Baking Company L.P. | | | ap@larderbakingco.com |
| M2 Lease Funds LLC | | | info@m2equipmentfinance.com |
| Marina Marketplace CA, LLC and The Macerich Company | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Marina Marketplace CA, LLC and The Macerich Company | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com zarnighiann@ballardspahr.com shahbazis@ballardspahr.com |
| Mitchell et. al. v. The Madera Group et. al Judgment Creditors | | | mgolper@brgslaw.com |
| Mvv Owner LLC | | | missionvalleyinfo@centennislrec.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Olo | | | billing@olo.com |
| Olo, Inc. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| Pro-Kleener Janitorial Services, Inc. | | | cristina@prokleenerservices.com |
| Sentry Insurance | Attn: Natl Accts C3/42 | | kim.czech@sentry.com |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| Street Retail, LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Superior Seafood Company | | | briana@superiorseafoodco.com |
| Superior Service Corp | | | ar@superiorservice.net |
| Sysco Los Angeles Inc | | | remit@sbs.sysco.com vicky.nguyen@sysco.com |
| Sysco San Francisco, Inc | | | remit@sbs.sysco.com |
| The Madera Group LLC, | c/o Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan | cmwinter@duanemorris.com jccarignan@duanemorris.com |
| United States Attorney for the District of Delaware | Attn: David C. Weiss | | usade.press@usdoj.gov |
| Utc Venture, LLC | | | usarremittances@urw.com jim.lee@urw.com |
| Vesta Foodservice | | | accounts.receivable@laspecialty.com |
| West Coast Prime Meats, L+C2:E52LC | | | receivables@westcoastprimemeats.com |