## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1] | Case No. 24-11553 (KBO) |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order Shortening the Notice Period With Respect to the Debtors' Motion for Entry of Orders: (I) (A) Approving Bidding Procedures and Protections in Connection With a Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II) (A) Authorizing Sale of Substantially All of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts and Leases; and (III) Granting Related Relief** (Docket No. 95)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management, LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay LLC, a California limited liability company (0401); (10) Tocaya Toluca LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134). The Debtors' mailing address is: 1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

- **Debtors' Motion for Entry of Orders: (I) (A) Approving Bidding Procedures and Protections in Connection With a Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II) (A) Authorizing Sale of Substantially All of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts and Leases; and (III) Granting Related Relief** (Docket No. 96)

- **Notice of Motion** (Docket No. 124)

- **Order Shortening the Notice Period With Respect to the Debtors' Motion for Entry of Orders: (I) (A) Approving Bidding Procedures in Connection With a Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II) (A) Authorizing Sale of Substantially All of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts And Leases; and (III) Granting Related Relief** (Docket No. 129)

Furthermore, on August 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtors Effective as of the Petition Date** (Docket No. 134)

- **Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of CR3 Partners, LLC as Financial Advisor for the Debtors as of the Petition Date** (Docket No. 135)

- **Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Keen-summit Capital Partners LLC as Real Estate Advisor Effective as of the Petition Date** (Docket No. 136)

- **Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Hilco Corporate Finance, LLC as Investment Banker for the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of the Petition Date, (II) Waiving Certain Information Requirements Imposed by Local Rule 2016-2, and (III) Granting Related Relief** (Docket No. 137)

- **Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Raines Feldman Littrell LLP as Bankruptcy Counsel to the Debtors Effective as of the Petition Date** (Docket No. 138)

- **Debtors' Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals** (Docket No. 139)

- **Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property, and (B) Abandon Certain Personal Property in Connection Therewith; (II) Granting Related Relief; and (III) for Entry of an Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases** (Docket No. 141)

Furthermore, on August 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property, and (B) Abandon Certain Personal Property in Connection Therewith; (II) Granting Related Relief; and (III) for Entry of an Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases** (Docket No. 141)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 16, 2024

*Monica Balos*

Monica Balos

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 16th day of June 2024 by Monica Balos.

*Danielle Harnden*

(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| 365 Financial Intelligence | 12303 Technology Blvd Ste 930D | | Austin | TX | 78727 |
| Anthem | 21215 Burbank Blvd | | Woodland Hills | CA | 91367 |
| BLACKBOX | 14785 Preston Road | Suite 290 | Dallas | TX | 75254 |
| DataBlend | 515 Moscow Road | | Stowe | VT | 05672 |
| EZ CATER | 999 18th Street | Suite 200ST | Denver | CO | 80202 |
| Go Local | 250 Williams Street | | Atlanta | GA | 30303 |
| Google | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 |
| JobVite | 20 N Merdian Street | Ste 300 | Indianapolis | IN | 46204 |
| PlateIQ | 6400 Hollis Street | Ste 10 | Emeryville | CA | 94608 |
| Service Channel | 18 E 16th Street | 2nd Floor | New York | NY | 10003 |
| United Concordia | 1800 Center Steet | Suite 2B 220 | Camp Hill | PA | 17011 |
| VSP | 3333 Quality Drive | | Rancho Cordova | CA | 95670 |

# **<u>Exhibit B</u>**

 STRETTO

**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1101 Glendon Avenue  LLC | c/o Hanson Bridgett LLP | 425 Market Street  26th Floor | Attn: Jordan A. Lavinsky | San Francisc | CA | 94105 |
| 17111715 Pacific LP | Attn: Legal Dept | 333 Washington Blvd #346 | | Marina Del Rey | CA | 90292 |
| 50 Fremont Tower LLC | Attn: Legal Dept | File 70222 | | Los Angeles | CA | 90074-0222 |
| 523 W 6th Street Property Owner LLC | Attn: Legal Dept | PO Box 2185 | | Hicksville | NY | 11802 |
| 901 Hancock LP | Attn: Legal Dept | 4700 Wilshire Blvd 9Th Floor | | Los Angeles | CA | 90010 |
| Alon Westwood LLC | Attn: Legal Dept | 11454 San Vicente Blvd | | Los Angeles | CA | 90049 |
| Amur Equipment Finance Inc | Attn: Legal Dept | 308 N Locust St | | Grand Island | NE | 68801 |
| Banc of California | National Association | 18500 Von Karman Avenue Ste 1100 | | Irvine | CA | 92612 |
| Bank of America  N.A | c/o Pashman Stein Walder Hayden PC | 824 North Market Street Suite 800 | Attn Weiss & Gambale | Wilmington | DE | 19801 |
| Bank of America  N.A. | c/o Alston & Bird LLP | 1201 West Peachtree Street Ste 4900 | Attn: Jacob Johnson | Atlanta | GA | 30309 |
| Bank of America  N.A. | c/o Alston & Bird LLP | 90 Park Avenue | Attn: Stephen M. Blank | New York | NY | 10016 |
| Beach Business Bank  Long Beach | Attn: Legal Dept | 180 E Ocean Blvd Ste 100 | | Long Beach | CA | 90802 |
| Bellwether Food Group Inc | Attn: Legal Dept | 6146 Averill Way | | Dallas | TX | 75225 |
| Blue Ridge Financial LLC | Attn: Legal Dept | 11911 Freedom Rd | One Fountain Square Ste 570 | Reston | VA | 20190 |
| Breakwater Management LP | Attn: Legal Dept | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 |
| Breakwater Management LP | c/o Whiteford  Taylor & Preston LLP | 600 North King Street  Suite 300 | Attn: Richard W. Riley | Wilmington | DE | 19801 |
| Breakwater Management LP | c/o Whiteford  Taylor & Preston LLP | 7 Saint Paul Street  15th Floor | Attn: Paul M. Nussbaum | Baltimore | MD | 21202-1636 |
| Breakwater Management LP | co Breakwater Management | Attn Eric Beckman | 2121 Avenue of the Stars Suite 800 | Los Angeles | CA | 90067 |
| Breakwater Management LP | CO Elkins et al | Attn Gottfried et al | 10345 W Olympic Boulevard | Los Angeles | CA | 90064 |
| Century City Mall LLC | Attn: Legal Dept | 2049 Century Park East 41St Floor | | Los Angeles | CA | 90067 |
| ChixEgg  LLC | c/o Venable LLP | 100 N. Tampa Street Suite 2600 | Attn: Eric D. Jacobs | Tampa | FL | 33602 |
| ChixEgg  LLC | c/o Venable LLP | 100 SE 2nd St. Suite 4400 | Attn: Paul J. Battista | Miami | FL | 33131 |
| ChixEgg  LLC | c/o Venable LLP | 1201 N. Market St. Suite 140 | Attn: Daniel A. O'Brien | Wilmington | DE | 19801 |
| ChixEgg LLC | Attn Angela Correll | 4036 NW Eclipse Place | | Blue Spring | MO | 64015 |
| Cobra Capital | A Division of Providence Bank | 1051 E Roosevelt Rd | | Wheaton | IL | 60187 |
| Confidential Creditor 2509 | | Address Redacted | | | | |
| Copley Place | Attn: Legal Dept | PO Box 644079 | | Pittsburgh | PA | 15264-4079 |
| Cp IV 8 Olive LLC | Attn: Legal Dept | 801 S Olive Street Ste B | | Los Angeles | CA | 90014 |
| Crowdout Capital LLC | Attn: Legal Dept | 3001 S Lamar Blvd Ste A300 | | Austin | TX | 78704 |
| CT Corporation System | Attn: Legal Dept | 330 N Brand Blvd Ste 700 | | Glendale | CA | 91203 |
| Delaware State Treasury | Attn: Legal Dept | 820 Silver Lake Blvd Suite 100 | | Dover | DE | 19904 |
| Discovery Management Company LLC | Attn: Legal Dept | 14605 N 732rd St | | Scottsdale | AZ | 85260 |
| Employment Development Department | Attn: Legal Dept | 722 Capitol Mall | | Sacramento | CA | 95814 |
| Employment Development Department | Attn: Legal Dept | PO Box 826880 | | Sacramento | CA | 94280-0001 |
| Gibson Dunn & Crutcher LLP | Attn: Legal Dept | 333 South Grand Ave | | Los Angeles | CA | 90071 |
| Greenberg Traurig LLP | Attn: Legal Dept | 8400 Nw 36Th Street Suite 400 | | Doral | FL | 33166 |
| Hitachi Capital America Corp | Attn: Legal Dept | 7808 Creekridge Cir Ste 250 | | Edina | MN | 55439 |
| Individual Foodservice | Attn: Legal Dept | 5496 Lindbergh Lane | | Bell | CA | 90201 |
| Internal Revenue Service | Attn: Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Kr One Paseo Retail LLC | Attn: Legal Dept | 12200 W Olympic Blvd Ste 200 | | Los Angeles | CA | 90064 |
| LA STUDIOS OPERATING COMPANY LLC | Attn: Legal Dept | 1201 W FIFTH STREET | T-110 | LOS ANGELES | CA | 90017 |
| Larder Baking Company LP | Attn: Legal Dept | 8990 National Blvd | | Los Angeles | CA | 90034 |
| M2 Lease Funds LLC | Attn: Legal Dept | 175 N Patrick Blvd Ste 140 | | Brookfield | WI | 53045 |
| Marina Marketplace CA & Macerich Co | c/o Ballard Spahr LLP | Attn Branch Zarnighian Shahbazi | 2029 Century Park East  Suite 1400 | Los Angeles | CA | 90067-2915 |
| Marina Marketplace CA & Macerich Co | c/o Ballard Spahr LLP | Attn Heilman Roglen Vesper | 919 N. Market Street  11th Floor | Wilmington | DE | 19801-3034 |
| Mitchell et al v The Madera Group | Attn: Legal Dept | 50 CORPORATE PARK | | Irvine | CA | 92606 |
| Mvv Owner LLC | Attn: Legal Dept | 11777 San Vicente Blvd Suite 900 | | Los Angeles | CA | 90049 |

In re: One Table Restaurant Brands, LLC
Case No. 24-11553 (KBO)



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office Of The US Trustee | Attn: Legal Dept | For The District Of Delaware | 844 N King St #2207 Lockbox 35 | Wilmington | DE | 19801 |
| Official Committee of Unsecured Cre | c/o Lowenstein Sandler LLP | 1251 Avenue of the Americas | Attn: Posner Finizio & Frankel | New York | NY | 10020 |
| Official Committee of Unsecured Cre | c/o Morris James LLP | 500 Delaware Avenue  Suite 1500 | Attn: Monzo Keilson & Cerra | Wilmington | DE | 19801 |
| OLO | Attn: Legal Dept | 26 BROADWAY 24TH FL | | New York | NY | 10004 |
| Olo  Inc. | c/o Cullen and Dykman LLP | One Battery Park Plaza 34th Fl | Attn: Michelle McMahon | New York | NY | 10004 |
| Pawnee Leasing Corporation | Attn: Legal Dept | 3801 Automation Way | | Fort Collins | CO | 80525 |
| ProKleener Janitorial Services | Attn: Legal Dept | PO Box 452 | | Gardena | CA | 90248 |
| SEC New York Regional Office | Attn Andrew Calamari | 200 Vesey Street Suite 400 | Brookfield Place | New York | NY | 10281-1022 |
| Secretary of State | Attn Div of Corp Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | Attn: Legal Dept | 100 F Street NE | | Washington | DC | 20549 |
| Sentry Insurance | Attn Natl Accts C342 | PO Box 8045 | | Stevens Point | WI | 54481-8045 |
| Simon Property Group  Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 |
| Stanford Shopping Center | Attn: Legal Dept | File No 57331 | | Los Angeles | CA | 90074-7331 |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| State Of California | Office Of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Street Retail  LLC | c/o Ballard Spahr LLP | 919 N. Market Street  11th Floor | Attn: Heilman Roglen Vesper | Wilmington | DE | 19801-3034 |
| Sunset Vlne Tower Inc | Attn: Legal Dept | 1480 Vine Street | | Los Angeles | CA | 90028 |
| Superior Seafood Company | Attn: Legal Dept | 1621 W 25Th St Ste 228 | | San Pedro | CA | 90732 |
| Superior Service Corp | Attn: Legal Dept | 1006 E South St | | Anaheim | CA | 92805 |
| Sysco Los Angeles Inc | Attn: Legal Dept | 20701 E Currier Rd | | Walnut | CA | 91789 |
| SYSCO SAN FRANCISCO INC | Attn: Legal Dept | 5900 STEWART AVE | | FREMONT | CA | 94538 |
| The Madera Group LLC | c/o Duane Morris LLP | 1201 N. Market Street  Suite 501 | Attn: Winter and Carignan | Wilmington | DE | 19801 |
| United States Attorney DE | Attn David C Weiss | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 |
| Utc Venture LLC | Attn: Legal Dept | PO BOX 55976 | | Los Angeles | CA | 90074-5976 |
| Vesta Foodservice | Attn: Legal Dept | 13527 Orden Dr | | Santa Fe Springs | CA | 90670 |
| West Coast Prime Meats LLC | Attn: Legal Dept | 344 Cliffwood Park St | | Brea | CA | 92821 |

# Exhibit C



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1101 Glendon Avenue, LLC | c/o Hanson Bridgett LLP | Attn: Jordan A. Lavinsky | jlavinsky@hansonbridgett.com |
| 1711-1715 Pacific LP | | | msjproperties0@gmail.com |
| 325 San Fernando LLC | c/o The Law Offices Of Robert D. Bass | Attn: Rober D. Bass | bob.bass47@icloud.com |
| 50 Fremont Tower, LLC | | | jay.bortoli@hines.com |
| 523 West 6th Street Property Owner LLC | | | judy.raboin@callahan-management.com |
| 901 Hancock, L.P. | | | jon@crescent-canyon.com |
| Alon Westwood LLC | | | doron@aloninvestment.com |
| Banc of California | National Association | | clientservices@bancofcal.com |
| Bank of America, N.A | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss, Alexis R. Gambale | jweiss@pashmanstein.com<br>agambale@pashmanstein.com |
| Bank of America, N.A. | c/o Alston & Bird LLP | Attn: Jacob Johnson | jacob.johnson@alston.com |
| Bank of America, N.A. | c/o Alston & Bird LLP | Attn: Stephen M. Blank | stephen.blank@alston.com |
| Blue Ridge Financial, LLC | | | info@bluebridgefinancial.com |
| Breakwater Management LP | c/o Breakwater Management | Attn: Eric Beckman | ebeckman@breakwatermgmt.com |
| Breakwater Management LP | C/O Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Joel J. Berman, Lauren N. Gans, Roye Zur | mgottfried@elkinskalt.com<br>jberman@elkinskalt.com<br>lgans@elkinskalt.com<br>rzur@elkinskalt.com |
| Breakwater Management LP | c/o Whiteford, Taylor & Preston LLP | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Breakwater Management LP | c/o Whiteford, Taylor & Preston LLP | Attn: Paul M. Nussbaum | pnussbaum@whitefordlaw.com |
| Century CIty Mall, LLC | | | usarremittances@urwconnect.com |
| ChixEgg, LLC | Attn: Angela Correll | | angela@sbv.com |
| ChixEgg, LLC | c/o Venable LLP | Attn: Daniel A. O'Brien | daobrien@venable.com |
| ChixEgg, LLC | c/o Venable LLP | Attn: Paul J. Battista | pjbattista@venable.com |
| ChixEgg, LLC | c/o Venable LLP | Attn: Eric D. Jacobs | ejacobs@venable.com |
| Cobra Capital | A Division of Providence Bank & Trust | | info@cobracapital.com |
| Copley Place | | | simon-7611@simon.com |
| Crowdout Capital LLC | | | info@crowdoutcapital.com |
| Gibson, Dunn & Crutcher LLP | | | cbilling@gibsondunn.com |
| Greenberg Traurig LLP | | | cardonat@gtlaw.com |
| Individual Foodservice | | | remittance@indfood.com<br>gramirez@indfood.com |
| Kr One Paseo Retail LLC | | | revenueaccounting@kilroyrealty.com |
| LA STUDIOS OPERATING COMPANY LLC | | | ylombari@lacenterstudios.com |
| Larder Baking Company L.P. | | | ap@larderbakingco.com |
| M2 Lease Funds LLC | | | info@m2equipmentfinance.com |
| Marina Marketplace CA, LLC and The Macerich Company | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Marina Marketplace CA, LLC and The Macerich Company | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br>shahbazis@ballardspahr.com |



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Mitchell et. al. v. The Madera Group et. al Judgment Creditors | | | mgolper@brgslaw.com |
| Mvv Owner LLC | | | missionvalleyinfo@centennislrec.com |
| OLO | | | billing@olo.com |
| Olo, Inc. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| Pro-Kleener Janitorial Services, Inc. | | | cristina@prokleenerservices.com |
| Raines Feldman | | | lgauthier@shulmanbastian.com<br>lgauthier@shulmanbastian.com<br>lgauthier@shulmanbastian.com |
| Sentry Insurance | Attn: Natl Accts C3/42 | | kim.czech@sentry.com |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP | ATTN: ALAN FRIEDMAN, MELISSA D. LOWE, MAX CASAL | | afriedman@shulmanbastian.com<br>afriedman@shulmanbastian.com<br>mlowe@shulmanbastian.com<br>mlowe@shulmanbastian.com |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| Street Retail, LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Superior Seafood Company | | | briana@superiorseafoodco.com |
| Superior Service Corp | | | ar@superiorservice.net |
| Sysco Los Angeles Inc | | | remit@sbs.sysco.com<br>vicky.nguyen@sysco.com |
| SYSCO SAN FRANCISCO, INC | | | remit@sbs.sysco.com |
| The Madera Group LLC, | c/o Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan | cmwinter@duanemorris.com<br>jccarignan@duanemorris.com |
| United States Attorney for the District of Delaware | Attn: David C. Weiss | | usade.press@usdoj.gov |
| Utc Venture, LLC | | | usarremittances@urw.com<br>jim.lee@urw.com |
| Vesta Foodservice | | | accounts.receivable@laspecialty.com |
| West Coast Prime Meats, LLC | | | receivables@westcoastprimemeats.com |

# **<u>Exhibit D</u>**



**Exhibit D**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 120 W. Wilson Avenue Apartments LP | c/o Holland Partner Group | Attn: Tom Warren | 5000 East Spring Street, Suite 630 | Long Beach | CA | 90615 |
| 1711-1715 Pacific LP | | 333 Washington Blvd #346 | | Marina Del Rey | CA | 90292 |
| 325 San Fernando, LLC | | 1244 Sixth Street | | Santa Monica | CA | 90401 |
| Alon Westwood LLC | | 11454 San Vicente Blvd | | Los Angeles | CA | 90049 |
| Kierland Greenway LLC / Macerich | Attn: Andrew Beshay, Dave Short | P.O. Box 51638 | | Los Angeles | CA | 90051-538 |
| Kr One Paseo Retail LLC | c/o Kilroy Realty Corporation | Attn: Sarah Santos, Jon Osmond | 12200 W Olympic Blvd Ste 200 | Los Angeles | CA | 90064 |
| La Cienega Partners Limited Partnership [Beverly Center] | c/o The Taubman Company LLC | Attn: Francesca Lousia | 200 E Long Lake Rd | Bloomfield | MI | 48304 |
| Montgomery Management Co | | 8623 Sunset Blvd | | West Hollywood | CA | 90069 |

In re: One Table Restaurant Brands, LLC
Case No. 24-11553 (KBO)

# **Exhibit E**

 STRETTO

**Exhibit E**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| 120 W. Wilson Avenue Apartments LP | c/o Holland Partner Group | Attn: Tom Warren | dehill@hollandpartnergroup.com |
| 1711-1715 Pacific LP | | | msjproperties0@gmail.com |
| 325 San Fernando, LLC | | | shelly@westcoastinvestors.com |
| Alon Westwood LLC | | | doron@aloninvestment.com |
| Kierland Greenway LLC / Macerich | Attn: Andrew Beshay, Dave Short | | andrew.beshay@macerich.com<br>dave.short@macerich.com |
| Kr One Paseo Retail LLC | c/o Kilroy Realty Corporation | Attn: Sarah Santos, Jon Osmond | revenueaccounting@kilroyrealty.com<br>ssantos@kilroyrealty.com<br>josmond@kilroyrealty.com |
| La Cienega Partners Limited Partnership [Beverly Center] | c/o The Taubman Company LLC | Attn: Francesca Lousia | mkj@taubman.com |
| Montgomery Management Co | | | accounting@sunsetplaza.com |