**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11553 (KBO)<br><br>(Jointly Administered) |

# AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 22, 2024 AT 11:30 A.M. (EST)

### ***This hearing is now being conducted remotely.  Please see remote registration procedures below.***

> **This hearing will now be conducted remotely as the only matter scheduled for the hearing is not contested.**
>
> **Courtcall will not be used for this Hearing.**  To attend this hearing remotely, please register using the eCourtAppearance tool
> ( **eCourtAppearances** ) or on the Court's website at **www.deb.uscourts.gov**.
>
> After registering your appearance, you will receive a confirmation email containing information about joining the hearing remotely.
>
> **The deadline to register for remote attendance is 4:00 p.m. (EST)
> the business day before the hearing unless otherwise noted.**

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management, LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay LLC, a California limited liability company (0401); (10) Tocaya Toluca LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134).  The Debtors' mailing address is:  1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

10326637.1

**<u>MATTERS GOING FORWARD FOR WHICH A PROPOSED REVISED ORDER WILL BE SUBMITTED UNDER CERTIFICATION OF COUNSEL</u>:**

1. Debtors' Motion for Entry of Orders: (I)(A) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II)(A) Authorizing Sale of Substantially all of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts and Leases; and (III) Granting Related Relief [Docket No. 96; filed August 9, 2024].

    <u>Related Documents:</u>

    i. Debtors' Motion for Entry of an Order Shortening the Notice Period with Respect to the Debtors' Motion for Entry of Orders: (I)(A) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II)(A) Authorizing Sale of Substantially all of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts and Leases; and (III) Granting Related Relief [Docket No. 95 ; filed August 9, 2024].

    ii. Notice of Motion [Docket No. 124; filed August 13, 2024].

    iii. Order Shortening the Notice Period with Respect to the Debtors' Motion for Entry of Orders: (I)(A) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II)(A) Authorizing Sale of Substantially all of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts and

10326637.1

Leases; and (III) Granting Related Relief [Docket No. 129; filed August 14, 2024].

iv. Amended Notice of Motion [Docket No. 142; filed August 16, 2024].

Response/Objection Deadline:  August 21, 2024 at 12:00 p.m. (Eastern).

Responses/Objections Received:  Informal comments received from the Unsecured Creditors' Committee, the Office of the United States Trustee, the Debtors' DIP Lender, and certain of the Debtors' Landlords.

Status:    No objections to the Motion were filed by the Objection Deadline and the Debtors have resolved all issues raised by interested parties.  In this regard, the Debtors will be submitting a revised form of order incorporating the terms agreed to by and between the Debtors, the Unsecured Creditors' Committee, the Office of the United States Trustee, the Debtors' DIP Lender and certain of the Debtors' Landlords under certification of counsel for the Court's consideration prior to the hearing.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated:  August 21, 2024            **RAINES FELDMAN LITTRELL LLP**

/s/ *Thomas J. Francella, Jr.*
Thomas J. Francella Jr. (DE Bar No. 3835)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 772-5805
Facsimile:  (302) 752-4596
Email: tfrancella@raineslaw.com

-and-

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
Max Casal (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
E-mail:
afriedman@shulmanbastian.com
mlowe@shulmanbastian.com
mcasal@shulmanbastian.com

*Proposed Counsel to the Debtors and Debtors in Possession*