# IN THE UNITED STATES BANKRUPTCYCOURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1] | Case No. 24-11553 (KBO) |
| | (Jointly Administered) |
| Debtors. | Related D.I. No. 96 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF ORDERS: (I) (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH A SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING THE DEBTORS TO DESIGNATE A STALKING HORSE BID; (C) SCHEDULING AN AUCTION AND SALE HEARING; (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (E) APPROVING PROCEDURES RELATED TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES; (II) (A) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO SUCCESSFUL BIDDER(S)' ASSET PURCHASE AGREEMENT(S), FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES; AND (III) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On August 9, 2024, the above captioned debtors and debtors in possession (the "Debtors") filed their *Motion for Entry of Orders: (I)(A) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially all of Debtors' Assets Free and Clear of*

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management, LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay LLC, a California limited liability company (0401); (10) Tocaya Toluca LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134). The Debtors' mailing address is: 1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

10326930.1

*Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II)(A) Authorizing Sale of Substantially all of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts and Leases; and (III) Granting Related Relief* [Docket No. 96]  (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Objections to the Motion were to be filed by no later than August 21, 2024 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3. Although no formal objections to the Motion were filed by the Objection Deadline, the Debtors did receive informal comments on the proposed *Order (A) Approving Bidding Procedures and Protections in Connection With a Sale of Substantially All of Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form And Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; and (F) Granting Related Relief* attached as Exhibit A to the Motion and the exhibits attached thereto(the "Original Bidding Procedures Order") from the Unsecured Creditors' Committee, the Office of the United States Trustee, the Debtors' DIP Lender, and certain of the Debtors' landlords (collectively, the "Interested Parties" and collectively with the Debtors, the "Parties").

4. As a result of discussions between the Interested Parties and the Debtors, the Parties have agreed to the entry of a revised version of the Original Bidding Procedures Order (the "Revised Bidding Procedures Order").

5. Attached hereto as **Exhibit A** for the Court's consideration is a clean version of the Revised Bidding Procedures Order with the exhibits thereto.

6. For the convenience of the Court and all parties in interest, a redline of the Revised Bidding Procedures Order marked against the Original Bidding Procedures Order is attached hereto as **Exhibit B** with the exhibits thereto.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

10326930.1

WHEREFORE, the Debtors respectfully request that the Revised Bidding Procedures Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 22, 2024                                         **RAINES FELDMAN LITTRELL LLP**

/s/ *Thomas J. Francella, Jr.*
Thomas J. Francella Jr. (DE Bar No. 3835)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 772-5805
Facsimile: (302) 752-4596
Email: tfrancella@raineslaw.com

-and-

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

Alan J. Friedman (*pro hac vice* pending)
Melissa Davis Lowe (*pro hac vice* pending)
Max Casal (*pro hac vice* pending)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail:
afriedman@shulmanbastian.com
mlowe@shulmanbastian.com
mcasal@shulmanbastian.com

*Proposed Counsel to the Debtors and Debtors in Possession*