IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ONE TABLE RESTAURANT BRANDS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11553 (KBO)<br><br>(Jointly Administered) |

## SALE NOTICE

**PLEASE TAKE NOTICE** that on [•] [•], 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Orders: (I) (A) Approving Bidding Procedures and Protections in Connection With a Sale of Substantially All of Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Designate a Stalking Horse Bid; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form And Manner of Notice Thereof; and (E) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Leases; (II) (A) Authorizing Sale of Substantially All of Debtors' Assets Pursuant to Successful Bidder(s)' Asset Purchase Agreement(s), Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Approving Assumption and Assignment of Certain Executory Contracts and Leases; and (III) Granting Related Relief* [D.I. [•]] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court") seeking, among other things, entry of an order (the "Sale Order") authorizing and approving: (a) the sale of substantially all of the Debtors' assets (the "Assets") free and clear of liens, claims, encumbrances, and other interests (the "Sale"); and (b) the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "Contracts").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are soliciting offers for the Assets consistent with the bidding procedures (the "Bidding Procedures") approved by the Court by entry of an order on [•] [•], 2024 [D.I. [•]] (the "Bidding Procedures Order"). All interested bidders

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) One Table Restaurant Brands, LLC, a Delaware limited liability company (9853); (2) One Table Restaurant Operations, LLC, a Delaware limited liability company (7280), (3) Tender Greens OpCo, LLC, a Delaware limited liability company (7827); (4) Tocaya Holdings LLC, a Nevada limited liability company (8815); (5) Tocaya Organica, LLC, a California limited liability company (6720); (6) Tocaya Management, LLC, a Nevada limited liability company (6789); (7) BLT Steak LA LLC, a California limited liability company (4688); (8) Tocaya Venice LLC, a California limited liability company (0159); (9) Tocaya South Bay LLC, a California limited liability company (0401); (10) Tocaya Toluca LLC, a California limited liability company; and (11) Tocaya Santa Monica LLC, a California limited liability company (8134).  The Debtors' mailing address is:  1201 W. 5th Street, Suite T-400, Los Angeles, CA 90017.

[2] Except where otherwise indicated, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or Bidding Procedures (as defined herein), as applicable.

should carefully read the Bidding Procedures and Bidding Procedures Order. To the extent that there are any inconsistencies between this notice and the Bidding Procedures or Bidding Procedures Order, the Bidding Procedures Order shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors receive qualified competing bids within the requirements and time frame specified by the Bidding Procedures, the Debtors will conduct an auction of the Assets on September 27, 2024 at 10:00 a.m. (prevailing Pacific time), at the offices of Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618, or such other place (including by videoconference) as the Debtors shall notify all proposed attendees.

**PLEASE TAKE FURTHER NOTICE** that the hearing to approve any Sale Transaction (the "Sale Hearing") consummated in accordance with these Bidding Procedures will: (a) if the Stalking Horse Bid is the Successful Bid, take place on October 1, 2024 at 9:30 a.m. (prevailing Eastern Time) or (b) if the Successful Bid is not a Stalking Horse Bid, take place at a later date to be determined at the Sale Status Conference, before the Honorable Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections related to the sale of the Assets to the Stalking Horse Bidder, including the particular terms of any proposed Sale Transaction (including, but not limited to, any bid protections), the sale of Assets free and clear of all liens, claims, interests and encumbrances pursuant to Section 363(f) of the Bankruptcy Code, the entry of any Sale Order, the Stalking Horse Bid, and Stalking Horse Bidder ("Stalking Horse Objections"), must (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed shall be filed with the Court and served on the following parties (collectively, the "Objection Notice Parties"), by no later than September 12, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Stalking Horse Objection Deadline"): (i) counsel for the Debtors: (a) Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618 (afriedman@shulmanbastian.com, mlowe@shulmanbastian.com, and mcasal@shulmanbastian.com; and (b) Raines Feldman Littrell LLP, tfrancella@raineslaw.com; (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jonathan Lipshie, jon.lipshie@usdoj.gov; (iii) counsel for the Committee: (a) Lowenstein Sandler LLP, by email to dposner@lowenstein.com and gfinizio@lowenstein.com; and (b) Morris James LLP, by email to bkeilson@morrisjames.com and emonzo@morrisjames.com; and (iv) counsel for Breakwater: (a) Elkins Kalt Weintraub Reuben Gartside LLP, 10345 W Olympic Boulevard, Los Angeles, CA 90064, Attention: Michael I. Gottfried, Esq. mgottfried@elkinskalt.com, Lauren N Gans, lgans@elkinskalt.com; and (b) Richard Riley, RRiley@whitefordlaw.com, and David Gaffey, DGaffey@whitefordlaw.com. A hearing on Stalking Horse Objections shall take place on September 19, 2024 at 9:30 a.m. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that any objections to conduct at the Auction, and any supplemental objections that could not have been raised by the Stalking Horse Objection Deadline (each, a "Post-Auction Objection"), must (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and

factual bases for the objection and the specific grounds therefor; and (d) be filed shall be filed with the Court and served on the Objection Notice Parties, by no later than September 30, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Post-Auction Objection Deadline"). All Post-Auction Objections shall be heard at the Sale Hearing.

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION. ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION ON OR BEFORE THE STALKING HORSE OBJECTION DEADLINE OR POST-AUCTION OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE APPLICABLE PURCHASE AGREEMENT.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, Bidding Procedures, and Bidding Procedures Order, as well as all related exhibits are available: (a) free of charge upon request to Stretto (the notice and claims agent retained in these Cases) by calling 888-513-4115 toll free in the United States and 714-302-6128 outside of the United States; (b) by visiting the website maintained in these Cases at https://cases.stretto.com/onetable; or (c) for a fee via PACER by visiting https://ecf.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned Cases at the website maintained in these Cases at https://cases.stretto.com/onetable.

| | |
|---|---|
| Date: August , 2024<br>Wilmington, Delaware | **RAINES FELDMAN LITTRELL LLP**<br><br>*/s/*_____<br>Thomas J. Francella Jr. (DE Bar No. 3855)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>Telephone: (302) 772-5805<br>Email: tfrancella@raineslaw.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>Max Casal (admitted *pro hac vice*)<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone:  (949) 340-3400<br>Facsimile:  (949) 340-3000<br>E-mail:<br>afriedman@shulmanbastian.com<br>mlowe@shulmanbastian.com<br>mcasal@shulmanbastian.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |